[No. 52860-2-I.  Division One.  November 1, 2004.]

DALE M. HOEL, ET AL., *Respondents*, v. BETTY JO ROSE, ET AL., Appellants.

Appeal from a judgment of the Superior Court for Skagit County, No. 01-2-00837-7, Michael E. Rickert, J., entered July 18, 2003. *Reversed* by unpublished opinion per Cox, C.J., concurred in by Baker and Schindler, JJ. Now published at 125 Wn. App. 14.

[No. 52957-9-I.  Division One.  November 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. VISHNO D. SHARMA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-01075-2, Michael F. Moynihan, J., entered July 1, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53346-1-I.  Division One.  November 1, 2004.]

WINDERMERE REAL ESTATE OAK TREE, INC., *Plaintiff*, EDWARD YOON, *Appellant*, v. LINH V. TRAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-18554-0, James A. Doerty, J., entered September 10 and October 10, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Appelwick, JJ.

[No. 53857-8-I.  Division One.  November 1, 2004.]

BONNIE M. GREENE, *Appellant*, v. LORIN M. BROWN, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 02-2-32815-6, Mary Roberts, J., entered February 2 and 23, 2004. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Agid and Appelwick, JJ.